ANGELA C. AGRUSA (SBN 131337)
BAKER & HOSTETLER, LLP
333 South Grand Avenue, Suite 1800
Los Angeles, CA 90071-1532
Telephone: (213) 975-1600
Facsimile: (213) 975-1740

GREGORY M. HESS
PARR WADDOUPS BROWN
  GEE & LOVELESS, P.C.
185 South State Street, Suite 1300
Salt Lake City, UT 84111
Telephone: 801-532-7840
Facsimile: 801-532-7750

Attorneys for Plaintiff
NOVELL, INC.

```
         FILED
CLERK, US DISTRICT COURT

      SEP 2 2 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY
```

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| NOVELL, INC., | Case No. CV 97-7292 MRP (Mcx) |
|---|---|
| Plaintiff, | [PROPOSED] JUDGMENT AGAINST DEFENDANT KEYNET CORPORATION |
| vs. | |
| KEYNET CORP, et al., | Date: September 22, 2003 |
| Defendants. | Time: 10:00 a.m. |
| | Ctrm: 12  Hon. Mariana R. Pfaelzer |

Based on the Complaint, the orders, the declarations, and the other papers on file in this action, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.  Plaintiff Novell, Inc. shall recover from defendant Keynet Corporation actual damages in the amount of $655,504, plus statutory damages under the Copyright Act of $500,000, plus costs and reasonable attorneys' fees in the amount of $5,382.40, for a total monetary judgment of $1,160,886.40;

2.  The total amount of the judgment set forth in paragraph 1 above shall bear post-judgment interest at the statutory rate until paid in full, and execution on this judgment shall issue forthwith; and

//

SEP 23

[Proposed] Judgment Against Defendant Keynet Corporation - 1

3. Defendant Keynet Corporation, its officers, directors, employees, and agents, and all other persons acting under its or their direction or control and/or otherwise participating with them are permanently enjoined and restrained from:

(a) Distributing, transferring, or otherwise disposing of any Novell® software, including but not limited to NetWare 3.12 software (TX 3-637-368), NetWare 4.1 software (TX 3-812-904), NetWare 4.1 server license software (TX 3-812-820), NetWare 4.11 software (TX 4-346-300), and NetWare 4.11 server license software (TX 4-977-164), or causing any other person(s) to do so, unless expressly authorized by Novell in writing and done in conformity with Novell's policies, programs, and procedures; and/or

(b) Using any Novell trademark, including but not limited to "Novell," No. 1,338,892 (issued June 4, 1985), and/or "NetWare," No. 1,328,271 (issued April 2, 1985), in connection with the sale, offering for sale, distribution, or advertising of any goods or services, or causing any other person(s) to do so, unless expressly authorized by Novell in writing and done in conformity with Novell's policies and guidelines.

Dated: September 22, 2003       BY THE COURT

*Mariana R. Pfaelzer*
United States District Judge

Respectfully submitted by:

ANGELA C. AGRUSA
BAKER & HOSTETLER LLP

GREGORY M. HESS
PARR WADDOUPS BROWN
GEE & LOVELESS, PC

*Gregory M. Hess*
Gregory M. Hess
Attorneys for Novell, Inc.

[Proposed] Judgment Against Defendant Keynet Corporation - 2

# PROOF OF SERVICE

I, the undersigned, declare as follows:

1. I am a citizen of the United States and over the age of eighteen (18) years and not a party to the above-referenced action or proceeding. My business address is 185 South State Street, Suite 1300, Salt Lake City, Utah 84111, and I am employed in the offices of Parr Waddoups Brown Gee & Loveless, P.C.

2. I am readily familiar with the normal business practice of my employer for the collection and processing of correspondence and other materials for mailing with the United States Postal Service. In the ordinary course of business, any materials designated for mailing with the United States Postal Service and placed by me for collection in the office of my employer are deposited the same day with the United States Postal Service.

3. On August 26, 2003, I caused a true copy of the foregoing **[PROPOSED] JUDGMENT AGAINST DEFENDANT KEYNET CORPORATION** to be served by United States mail, first-class postage prepaid, on the following:

Kahn "Kenneth" V. Ngyuen
President
Keynet Corporation
2717 South Center Street
Santa Ana, CA 92704

4. Following the ordinary business practices of my employer, I placed the copy of such pleading in a sealed envelope in the office of my employer at 185 South State Street, Suite 1300, Salt Lake City, Utah, for collection and mailing with the United States Postal Service on the same date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this August 26, 2003, at Salt Lake City, Utah.

_____
Adriana Kratzmann